UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:18-cv-20607-JEM

OPEN ACCESS FOR ALL, INC.,

    Plaintiff,

v.

FIRST TENNESSEE BANK NATIONAL ASSOCIATION
d/b/a Capital Bank and www.capitalbank-us.com,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

    Dated this 6th day of August, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Eve A. Cann* |
| Scott R. Dinin, Esq. | Eve A. Cann, Esq. |
| SCOTT R. DININ, P.A. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC |
| 4200 NW 7th Avenue | 100 S.E. 3rd Avenue, Suite 1620 |
| Miami, Florida 33127 | Fort Lauderdale, Florida 33394 |
| Tel: (786) 431-1333 | Telephone: (954)-768-1600 |
| Fax: (786) 513-7700 | Facsimile: (954)-333-3930 |
| E-mail: inbox@dininlaw.com | Email: ecann@bakerdonelson.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |